UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Osahenrumwen Ojo

    v.                                         Civil No. 14cv404-JD

Joseph C. Lorenzo, et al.

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated November 19, 2014.

SO ORDERED.

                                                         */s/ Joseph A. DiClerico, Jr.*
                                                         Joseph A. DiClerico, Jr.
                                                         United States District Judge

Date: December 8, 2014

cc:   Osahenrumwen Ojo, pro se